United States District Court
Southern district of Indiana
Evansville Division

Eric Scott
"Plaintiff"

v.

VanderBurgh County
Detention Center
"Defendant"

FILED
07/15/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

3:24-cv-119-MPB-CSW

Motion to file
42 U.S.C. § 1983

Comes now Plaintiff's moves the courts to enter an Order requiring the courts to grant Plaintiff's Motion to file 42 U.S.C. § 1983 for the following.

On or about June 28th 2024, was

Subject to a terrible fall that never should have happened. Eric Scott was coming down the stairs to drop off mail, when he lost his footing and fell down the unforgiving steel steps. As Eric Scott layed at the bottom of the stairs, the Officer on duty radioed for medical and locked everyone else up. Eric Scott was in a lot of pain and at the time felt as if he may have suffered a broken bone. He couldn't feel his legs and he had shocks of pain in his lower back. After several minutes had passed, medical finally came and started examining Scott. They checked his vitals and placed a "C" collar around his neck. The first collar was was too large and Eric was in pain. Eric Scott was on the ground for a long period of time, and was forced to wait, because the Jail ineffectively told the 911 response team the wrong door to go to. The Response team came, fitted Scott with the correct "C" collar, gave him some meds and placed his on the stretcher and proceeded to take Scott to the hospital.

On the 29th of June 2024, after Eric Scott stayed in the medical area for Observation, he was brought back to the same cell upstairs. He was in a lot of pain and could barely walk, even though he was medicated. Even his fellow inmates in his Cell were yelling that he should be placed downstairs. A while later the Jail Staff realized their mistake and placed him in a cell on the 1st Floor. Later that day as Eric Scott was talking to his aunt on the phone, and informing her about what happened, he told her that something didn't feel right. Shortly after he hung up, he started to get up and walk to his bunk, as he attempted to he fell badly and hit his head on the steel table. His Legs had given out from beneath him. Again medical was called and for several minutes in pain, Scott was forced to wait only to have medical show and take his vitals and make him crawl up to his bunk unassisted and act as if nothing really happened. The guards and medical staff stood as Eric sat in pain, until the

nurse informed Scott she would move him to medical area on Monday, but brought a walker later that evening and made Eric Scott walk himself to the medical area.

The events that happened to Eric Scott could have been avoided and should never have happened. Eric Scott informed the staff that he suffered from nerve pain and a back issue requiring a spinal fusion of his L5 and S1. He should never had been placed upstairs or on a top bunk.

Eric Scott is seeking damages for his pain and suffering in the amount of $750,000 (seven hundred and fifty thousand dollars).

## Certificate of Service

I Certify that on July 9th 2024, by mail that the enclosed documents are true

Eric Scott
Eric Scott
"Petitioner"